MATTHEW J. McKEOWN
  Acting Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
  Natural Resources Section
  Environment and Natural Resources Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California 94105
  Telephone: (415) 744-6491
  Facsimile: (415) 744-6476
  E-mail: david.glazer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLANNING ASSOCIATION FOR RICHMOND, *et al.*, | No. C–06–02321-SBA |
| Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR WITHDRAWAL |
| v. | |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, | Date: N/A<br>Time: N/A<br>Courtroom 3, 3rd Floor |
| Defendant. | Hon. Saundra B. Armstrong |

*Planning Ass'n for Richmond, et al. v. U.S. Dep't of Veterans Affairs*, C–06-02321-SBA
[Proposed] Order Granting Defendant's Motion for Withdrawal as Counsel

Upon consideration of Defendant's Notice of Substitution of Counsel and Motion for Withdrawal as Counsel, it is hereby ORDERED that:

1. David B. Glazer is substituted as lead counsel in this matter, and
2. James A. Coda is withdrawn as counsel in this case.

IT IS SO ORDERED.

Dated: _2-9-02_____          _____
                              SAUNDRA B. ARMSTRONG
                              UNITED STATES DISTRICT JUDGE

PROPOSED ORDER SUBMITTED BY:

                                      MATTHEW J. McKEOWN
                                      Acting Assistant Attorney General
                                      Environment and Natural Resources
                                          Division
                                      United States Department of Justice
                                      Washington, D.C. 20530

Dated: January 31, 2007          /s/David B. Glazer___
                                 DAVID B. GLAZER
                                 Natural Resources Section
                                 Environment and Natural Resources
                                   Division
                                 United States Department of Justice
                                 301 Howard Street, Suite 1050
                                 San Francisco, California 94105
                                 Telephone:   (415) 744-6491
                                 Facsimile:   (415) 744-6476
                                 E-mail: david.glazer@usdoj.gov

*Planning Ass'n for Richmond, et al. v. U.S. Dep't of Veterans Affairs*, C–06-02321-SBA
[Proposed] Order Granting Defendant's Motion for Withdrawal as Counsel         1