MATTHEW J. McKEOWN
  Acting Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
  Natural Resources Section
  Environment and Natural Resources Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California 94105
  Telephone: (415) 744-6491
  Facsimile: (415) 744-6476
  E-mail: david.glazer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNING ASSOCIATION FOR RICHMOND, *et al.,*<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendants | No. C–06–02321-SBA<br><br>STIPULATION OF THE PARTIES AND [PROPOSED] ORDER REFERRING MATTER FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE SPERO<br><br>Date: N/A<br>Time: N/A<br><br>Hon. Saundra Brown Armstrong |

*Planning Ass'n for Richmond, et al. v. U.S. Dep't of Veterans Affairs*, C–06-02321-SBA
Stipulation and [Proposed] Order Referring Matter for Settlement Conference

1   Plaintiffs Planning Association for Richmond and Friends of Lands End and defendant
2   U.S. Department of Veterans Affairs (the "Parties") hereby stipulate as follows:
3   1.   On December 18, 2006, this Court approved a stipulated scheduling order for this
4   case (Dkt. # 14).
5   2.   The scheduling order provides that the parties are to have a settlement conference
6   (Dkt #14, at 2:17).
7   3.   The parties have agreed that a direct referral to Mag. Judge Spero would be the
8   desirable approach to potential settlement of this case.
9   4.   Counsel for defendant contacted Mag. Judge Spero's Chambers on or about
10  February 21, 2007, and was told that a referral from this Court was needed.
11  5.   The parties desire that the Court refer this matter to Mag. Judge Spero for a
12  settlement conference, to be scheduled by Judge Spero, and therefore stipulate to the form of
13  Order set forth below, pursuant to ADR Local Rules 7-2 and 7-3.

SO STIPULATED:

FOR PLAINTIFFS

Dated: February 23, 2007          /s/SHARON E. DUGGAN
                                  SHARON E. DUGGAN
                                  Law Offices of Sharon E. Duggan
                                  370 Grand Avenue, Suite 5
                                  Oakland, California  94610
                                  Telephone:   (510) 271-0825
                                  Facsimile:   (510) 271-0829
                                  E-mail:  foxsduggan@aol.com

*Planning Ass'n for Richmond, et al. v. U.S. Dep't of Veterans Affairs*, C–06-02321-SBA
Stipulation and [Proposed] Order Referring Matter for Settlement Conference                    1

FOR DEFENDANT

Dated: February 23, 2007      /s/DAVID B. GLAZER
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone:   (415) 744-6491
Facsimile:   (415) 744-6476
E-mail: david.glazer@usdoj.gov

PURSUANT TO STIPULATION, IT IS SO ORDERED.

This matter is referred for a settlement conference before the Hon. Joseph C. Spero. The Parties are to contact Judge Spero's Chambers for further scheduling.

Dated: 2/26/07                                         _____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

*Planning Ass'n for Richmond, et al. v. U.S. Dep't of Veterans Affairs*, C–06-02321-SBA
Stipulation and [Proposed] Order Referring Matter for Settlement Conference                    2