**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLANNING ASSOCIATION FOR
RICHMOND, ET AL.,

        Plaintiff(s),

        v.

U.S. DEPARTMENT OF VETERANS'
AFFAIRS,

        Defendant(s).
_____/

No. C-06-02321 SBA (JCS)

**NOTICE AND ORDER
SETTING FURTHER
SETTLEMENT CONFERENCE**

(E-FILING CASE)

TO ALL PARTIES AND COUNSEL OF RECORD:

      You are hereby notified that a Further Settlement Conference is scheduled for **May 31, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Updated, confidential Settlement Conference Statements shall be LODGED with Chambers **no later than May 24, 2007**.

      Lead trial counsel shall appear at the Further Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

      The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's March 1, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

      IT IS SO ORDERED.

Dated: April 19, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge