# LAW OFFICES OF SHARON E. DUGGAN

370 Grand Avenue Suite 5
Oakland, CA 94610
(510) 271-0825                     Facsimile: (510) 271-0829

May 30, 2007              VIA FACSIMILE

Magistrate Judge Joseph C. Spero
U.S. Northern District Federal Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

ATTN: Mary Ann

    RE:    Planning Assn. for the Richmond et al. v. Veterans Administration
             Case NO. 4-06-CV-2321 SBA

Dear Judge Spero:

The parties in the above-referenced case currently have a scheduled settlement conference set for May 31, 2007 at 9:30 a.m.

The parties jointly respectfully request that the settlement conference with the Court be continued to June 20, 2007. The parties need further time to independently negotiate on terms of the settlement agreement, and believe they should take time to do that before asking the Court for its valuable time and assistance. We have checked with your clerk, who advised that June 20 may be an available date.

Thank you for your assistance with this.

Sincerely,

*S. Duggan*

Sharon E. Duggan

sed.fw
cc:    David Glazer, DOJ

**IT IS SO ORDERED**
Judge Joseph C. Spero
Dated: May 30, 2007
[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]