UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNING ASSOCIATION FOR RICHMOND, ET AL.,<br><br>              Plaintiff(s),<br><br>        v.<br><br>U.S. DEPARTMENT OF VETERANS' AFFAIRS,<br><br>              Defendant(s).<br>_____/ | No. C-06-02321 SBA (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**<br><br>(E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is tentatively scheduled for **August 1, 2007, at 11:00 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the Further Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

**The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.**  All other provisions of this Court's March 1, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: June 22, 2007

JOSEPH C. SPERO
United States Magistrate Judge