1   RONALD J. TENPAS
      Acting Assistant Attorney General
2     Environment and Natural Resources Division
      United States Department of Justice
3   DAVID B. GLAZER (D.C. 400966; MD)
      Natural Resources Section
4     Environment and Natural Resources Division
      United States Department of Justice
5     301 Howard Street, Suite 1050
      San Francisco, California  94105
6     Telephone:   (415) 744-6491
      Facsimile:    (415) 744-6476
7     E-mail:  david.glazer@usdoj.gov

8   Attorneys for the United States of America

9

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                            OAKLAND DIVISION

15

16   _____
                                              )
17   PLANNING ASSOCIATION FOR                 )   No. C–06–02321-SBA
     RICHMOND, *et al.,*                      )
18                                            )   STIPULATION OF THE PARTIES AND
                                              )   [PROPOSED] ORDER EXTENDING
19                    Plaintiffs,             )   BRIEFING SCHEDULE ON CROSS-
                                              )   MOTIONS FOR SUMMARY JUDGMENT
20           v.                               )
                                              )
21   U.S. DEPARTMENT OF VETERANS              )   Date:   June 19, 2007
     AFFAIRS,                                 )   Time:  1:00 p.m.
22                                            )   Courtroom No. 3, Oakland Division
                      Defendants              )
23   _____)   Hon. Saundra Brown Armstrong

24

25

26

27

28

---

*Planning Ass'n for Richmond, et al. v. U.S. Dep't of Veterans Affairs*, C–06-02321-SBA
Stipulation and [Proposed] Order Extending Briefing Schedule for Cross-Motions for Summary Judgment

Plaintiffs Planning Association for Richmond and Friends of Lands End and defendant U.S. Department of Veterans Affairs (the "Parties") hereby stipulate as follows:

1.     On December 18, 2006, this Court approved a stipulated scheduling order for this case (Dkt. #14).

2.     The scheduling order provides for the following schedule for completion of the administrative process and briefing on cross-motions for summary judgment:

| | |
|---|---|
| Defendants' review of public comments and completion of final environmental document: | March 15, 2007 |
| Administrative record to be filed: | March 22, 2007 |
| Cross-motions for summary judgment due: | April 5, 2007 |
| Opposition briefs due: | April 19, 2007 |
| Reply briefs due: | April 26, 2007 |
| Hearing on motions: | May 8, 2007 |

[Dkt #14, at 2:18–24.]

3.     Upon stipulation of the parties, this Court continued the motions hearing to May 15, 2007 [Dkt. #21].

4.     On March 20, 2007, the Court approved a stipulation and order amending the previously entered schedule as follows:

| | |
|---|---|
| Defendants' review of public comments and completion of final environmental document: | April 13, 2007 |
| Administrative record to be filed: | April 20, 2007 |
| Cross-motions for summary judgment due: | May 4, 2007 |
| Opposition briefs due: | May 25, 2007 |
| Reply briefs due: | June 1, 2007 |
| Hearing on motions: | June 19, 2007 |

[Dkt. #24, at 3:4–10.]

5.      On April 13, 2007, defendant completed its final Environmental Assessment, Finding of No Significant Impact, and Response to Public Comments.

6.      On April 4 and 17, 2007, the parties met for court-ordered settlement conferences before the Hon. Joseph C. Spero.  Significant progress has been made and continues to be made toward a negotiated resolution of this matter.  Accordingly, on April 24, 2007, the Court approved the following extension of the schedule [Dkt. #31] :

| | |
|---|---|
| Administrative record to be filed: | June 19, 2007 |
| Cross-motions for summary judgment due: | July 3, 2007 |
| Opposition briefs due: | July 24, 2007 |
| Reply briefs due: | August 7, 2007 |
| Hearing on motions: | September 11, 2007 |

7.      The parties have since met face-to-face and by telephone conference and have continued to make progress towards settlement.  A further session with Mag. Judge Spero is scheduled for June 20, 2007.  Given the need to devote resources towards resolving this matter without further litigation, the parties hereby stipulate to the following extension:

| | |
|---|---|
| Administrative record to be filed: | August 28, 2007 |
| Cross-motions for summary judgment due: | September 14, 2007 |
| Opposition briefs due: | October 5, 2007 |
| Reply briefs due: | October 19, 2007 |
| Hearing on motions: | November 13, 2007 |

SO STIPULATED:

                                                FOR PLAINTIFFS

Dated: June 19, 2007                      /s/SHARON E. DUGGAN
                                                SHARON E. DUGGAN
                                                Law Offices of Sharon E. Duggan
                                                370 Grand Avenue, Suite 5
                                                Oakland, California  94610
                                                Telephone:     (510) 271-0825
                                                Facsimile:     (510) 271-0829
                                                E-mail:  foxsduggan@aol.com

FOR DEFENDANT

Dated: June 19, 2007

/s/DAVID B. GLAZER
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:    (415) 744-6491
Facsimile:     (415) 744-6476
E-mail:  david.glazer@usdoj.gov

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The following dates will govern the conclusion of the administrative process and briefing of cross-motions for summary judgment:

| | |
|---|---|
| Administrative record to be filed: | August 28, 2007 |
| Cross-motions for summary judgment due: | September 14, 2007 |
| Opposition briefs due: | October 5, 2007 |
| Reply briefs due: | October 19, 2007 |
| Hearing on motions: | November 13, 2007 |

Dated: 6/22/07

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE