RONALD J. TENPAS
 Acting Assistant Attorney General
 Environment and Natural Resources Division
 United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
 Natural Resources Section
 Environment and Natural Resources Division
 United States Department of Justice
 301 Howard Street, Suite 1050
 San Francisco, California 94105
 Telephone: (415) 744-6491
 Facsimile: (415) 744-6476
 E-mail: david.glazer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLANNING ASSOCIATION FOR THE RICHMOND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendants | No. C–06–02321-SBA <br><br> STIPULATION OF THE PARTIES AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT <br><br> Date: November 13, 2007 <br> Time: 1:00 p.m. <br> Courtroom No. 3, Oakland Division <br><br> Hon. Saundra Brown Armstrong |

*Planning Ass'n for the Richmond, et al. v. U.S. Dep't of Veterans Affairs*, C–06-02321-SBA
Stipulation and [Proposed] Order Extending Briefing Schedule for Cross-Motions for Summary Judgment

1  Plaintiffs Planning Association for Richmond and Friends of Lands End and defendant
2  U.S. Department of Veterans Affairs (the "Parties") hereby stipulate as follows:
3      1.    On December 18, 2006, this Court approved a stipulated scheduling order for this
4  case (Dkt. #14).
5      2.    The scheduling order provides for the following schedule for completion of the
6  administrative process and briefing on cross-motions for summary judgment:

| | |
|---|---|
| Defendants' review of public comments and completion of final environmental document: | March 15, 2007 |
| Administrative record to be filed: | March 22, 2007 |
| Cross-motions for summary judgment due: | April 5, 2007 |
| Opposition briefs due: | April 19, 2007 |
| Reply briefs due: | April 26, 2007 |
| Hearing on motions: | May 8, 2007 |

[Dkt #14, at 2:18–24.]

    3.    Upon stipulation of the parties, this Court continued the motions hearing to May 15, 2007 [Dkt. #21].

    4.    On March 20, 2007, the Court approved a stipulation and order amending the previously entered schedule as follows:

| | |
|---|---|
| Defendants' review of public comments and completion of final environmental document: | April 13, 2007 |
| Administrative record to be filed: | April 20, 2007 |
| Cross-motions for summary judgment due: | May 4, 2007 |
| Opposition briefs due: | May 25, 2007 |
| Reply briefs due: | June 1, 2007 |
| Hearing on motions: | June 19, 2007 |

[Dkt. #24, at 3:4–10.]

*Planning Ass'n for the Richmond, et al. v. U.S. Dep't of Veterans Affairs*, C–06-02321-SBA
Stipulation and [Proposed] Order Extending Briefing Schedule for Cross-Motions for Summary Judgment     1

1  5. On April 13, 2007, defendant completed its final Environmental Assessment, Finding of No Significant Impact, and Response to Public Comments.

6. On April 4 and 17, 2007, the parties met for court-ordered settlement conferences before the Hon. Joseph C. Spero. Significant progress has been made and continues to be made toward a negotiated resolution of this matter. Accordingly, on April 24, 2007, the Court approved the following extension of the schedule [Dkt. #31] :

| | |
|---|---|
| Administrative record to be filed: | June 19, 2007 |
| Cross-motions for summary judgment due: | July 3, 2007 |
| Opposition briefs due: | July 24, 2007 |
| Reply briefs due: | August 7, 2007 |
| Hearing on motions: | September 11, 2007 |

7. After further progress and a session with Mag. Judge Spero on June 20, 2007, the parties stipulated to, and on June 22, 2007, the Court approved, the following extension [Dkt. #37]:

| | |
|---|---|
| Administrative record to be filed: | August 28, 2007 |
| Cross-motions for summary judgment due: | September 11, 2007 |
| Opposition briefs due: | October 2, 2007 |
| Reply briefs due: | October 16, 2007 |
| Hearing on motions: | November 13, 2007 |

8. On August 23, 2007, the parties met again and now believe they are able to resolve all remaining issues. Accordingly, to avoid the unnecessary burden of upcoming litigation tasks, the parties stipulate to, and request Court approval of, the following extension:

| | |
|---|---|
| Administrative record to be filed: | October 29, 2007 |
| Cross-motions for summary judgment due: | November 13, 2007 |
| Opposition briefs due: | December 4, 2007 |
| Reply briefs due: | December 18, 2007 |
| Hearing on motions: | January 8, 2008 |

SO STIPULATED:

FOR PLAINTIFFS

Dated: August 27, 2007   /s/SHARON E. DUGGAN
SHARON E. DUGGAN
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, California 94610
Telephone:   (510) 271-0825
Facsimile:   (510) 271-0829
E-mail: foxsduggan@aol.com

FOR DEFENDANT

Dated: August 27, 2007   /s/DAVID B. GLAZER
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone:   (415) 744-6491
Facsimile:   (415) 744-6476
E-mail: david.glazer@usdoj.gov

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The following dates will govern the conclusion of the administrative process and briefing of cross-motions for summary judgment:

| | |
|---|---|
| Administrative record to be filed: | October 29, 2007 |
| Cross-motions for summary judgment due: | November 13, 2007 |
| Opposition briefs due: | December 4, 2007 |
| Reply briefs due: | December 18, 2007 |
| Hearing on motions: | January 8, 2008 |

Dated: _9/4/07_____   _____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

*Planning Ass'n for the Richmond, et al. v. U.S. Dep't of Veterans Affairs*, C–06-02321-SBA
Stipulation and [Proposed] Order Extending Briefing Schedule for Cross-Motions for Summary Judgment   3

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrences in this filing for the signatures indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated: August 27, 2007

/s/DAVID B. GLAZER
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6491
Facsimile: (415) 744-6476
E-mail: david.glazer@usdoj.gov