# L<span>AW</span> O<span>FFICES OF</span> S<span>HARON</span> E. D<span>UGGAN</span>

370 Grand Avenue Suite 5
Oakland, CA 94610
(510) 271-0825                                                                 Facsimile: (510) 271-0829

October 11, 2007           VIA FACSIMILE  415-522-3636

Magistrate Judge Joseph C. Spero
U.S. Northern District Federal Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

ATTN: Mary Ann

        RE:   Planning Assn. for the Richmond et al. v. Veterans Administration
                     Case No. 4-06-CV-2321 SBA

Dear Judge Spero:

      The parties currently have a scheduled settlement meeting with the Court on Monday, October 15, 2007.  We are very close to finalizing a settlement, however, we do need at least one more face-to-face meeting to resolve an outstanding issue.  We believe we can do this without needing the Court's presence, and would meet at the time currently scheduled to meet with the Court.

      Given this, we respectfully request that the Court continue the settlement conference to November 15, 2007 at 3:00 p.m.  This is a time provided to us by your Court staff.

      Thank you for your assistance in this matter.

      Sincerely,


Sharon E. Duggan

sed.fw
cc:   David Glazer, DOJ  David Glazer 415-744-6476
      David  Williams
      Planning Association for the Richmond
      Friends of Lands End

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: October 12, 2007