RONALD J. TENPAS
  Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
  Natural Resources Section
  Environment and Natural Resources Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California  94105
  Telephone:    (415) 744-6491
  Facsimile:    (415) 744-6476
  E-mail:  david.glazer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLANNING ASSOCIATION FOR THE RICHMOND, *et al.,* | No. C–06–02321-SBA |
| Plaintiffs, | ORDER APPROVING SETTLEMENT AGREEMENT |
| v. | |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, | Date:  N/A<br>Time:  N/A |
| Defendants | Hon. Saundra Brown Armstrong |

*Planning Ass'n for the Richmond, et al. v. U.S. Dep't of Veterans Affairs*, C–06-02321-SBA
[Proposed] Order Approving Settlement Agreement

1    On March 24, 2008, the Parties submitted a Settlement Agreement [Dkt. #50] that
2 embodies the negotiated resolution of this matter.  The Parties submitted a Joint Request for
3 Court Approval of the Settlement Agreement [Dkt. #51] and have submitted a Supplemental
4 Joint Request for Court Approval [Dkt. #52], which states that the Parties agree to a reference to
5 a Magistrate Judge, pursuant to 28 U.S.C. § 636(b), for resolution of disputes arising under the
6 Settlement Agreement.
7    In view of the Parties' request that the Court approve and enter the proposed Settlement
8 Agreement, and for good cause shown, it is hereby ORDERED that
9    1.    The Settlement Agreement is hereby approved, and
10   2.    Disputes arising under the Agreement are referred for resolution to Magistrate
11 Judge [Spero], pursuant to 28 U.S.C. § 636(b).

13   IT IS SO ORDERED.

15 Dated:  5/19/08                    _____
                                      HON. SAUNDRA BROWN ARMSTRONG
16                                    UNITED STATES DISTRICT JUDGE