IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL: (415) 744–6491
FAX: (415) 744-6476
e-mail: david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLANNING ASSOCIATION FOR THE RICHMOND,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | No. C-06-02321-SBA<br><br>STIPULATION OF THE PARTIES AND ORDER MODIFYING SETTLEMENT AGREEMENT DEADLINE<br><br>Date: N/A<br><br>Time: N/A<br><br>Courtroom No. N/A<br><br>Hon. Saundra Brown Armstrong |

*Planning Ass'n for the Richmond v. U.S. Dep't of Veterans Affairs*, No. C-06-02321-SBA
Stipulation of the Parties and Proposed Order Modifying Settlement Agreement Deadline

1    Plaintiffs Planning Association for the Richmond and Friends of Lands End and Defendant U.S.
2 Department of Veterans Affairs hereby stipulate to a minor modification to the schedule set out in the
3 parties' Settlement Agreement, approved by the Court on June 6, 2008 [Dkt. #56].
4    Paragraph 14 of the Settlement Agreement provides that the Defendant will complete an
5 Institutional Master Plan ("IMP")  and supporting Environmental Impact Statement ("EIS") addressing
6 potential projects under consideration for the San Francisco Veterans Affairs Medical Center Campus
7 within 30 months of the date the Court approves the Settlement Agreement.  The IMP and EIS are
8 therefore due by December 6, 2010.
9    The parties have discussed the need for an extension of the due date for the IMP and EIS and
10 agree that Defendant may have until March 31, 2011 to complete those documents.
11    Accordingly, the parties hereby stipulate, subject to Court approval, that the date by which the
12 draft IMP and EIS are otherwise due to be circulated for public comment under Paragraph 14 of the
13 Settlement Agreement may be extended to March 31, 2011.
14 SO STIPULATED:

FOR PLAINTIFFS

Dated:  July 12 , 2010    /s/*Sharon E. Duggan*
SHARON E. DUGGAN
[Concurrence obtained per General Order 45.X]
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, California  94610
Telephone:     (510) 271-0825
Facsimile:     (510) 271-0829
E-mail:  foxsduggan@aol.com

FOR THE DEFENDANT

Dated:  July 12, 2010    IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:     (415) 744-6491

*Planning Ass'n for the Richmond v. U.S. Dep't of Veterans Affairs*, No. C-06-02321-SBA
Stipulation of the Parties and Proposed Order Modifying Settlement Agreement Deadline                    1

Fax:     (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

*Attorneys for Federal Defendant*

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained Plaintiffs' concurrence in this filing, indicated by the signature of Plaintiffs' counsel represented by a "conformed" signature ("/s/") within this e-filed document.

Dated:   July 12, 2010          /s/*David B. Glazer*
                                DAVID B. GLAZER

[PROPOSED] ORDER

Upon consideration of the Stipulation set out above, it is hereby ORDERED that the Stipulation is APPROVED and that the date by which the IMP and EIS are otherwise due under Paragraph 14 of the Settlement Agreement may be extended to March 31, 2011.

Dated:  7/19/10                 _____
                                SAUNDRA BROWN ARMSTRONG
                                United States District Judge

*Planning Ass'n for the Richmond v. U.S. Dep't of Veterans Affairs*, No. C-06-02321-SBA
Stipulation of the Parties and Proposed Order Modifying Settlement Agreement Deadline         2

# CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on July 12, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 12, 2010                            /s/*David B. Glazer*
                                                                David B. Glazer